UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2010 FEB -2 P 4:18

JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES A. JANSEN,

    Defendant.

Case No. 09-CR 10-CR-011
[18 U.S.C. §§ 922(g)(3) & 924(a)(2)]

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about October 2, 2009, in the State and Eastern District of Wisconsin,

**JAMES A. JANSEN,**

who being an unlawful user of controlled substances, to wit, marijuana and cocaine base, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is further described as a J.C. Higgins, model 43, .22 caliber rifle, bearing no serial number.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

A TRUE BILL:

FOREPERSON

Date: Feb 2, 2010

JAMES L. SANTELLE
United States Attorney